# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dillon, Elizabeth K. | U.S. District Court, Western District of Virginia | 07/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court, Western District of Virginia
210 Franklin Road, S.W., Suite 132
Roanoke, Virginia 24011

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, director, and employee | Guynn & Dillon, P.C. - held position prior to taking the oath of office on February 16, 2015, and not thereafter. |
| 2. | Managing member | Blueacre, L.L.C. - held position prior to taking the oath of office on February 16, 2015, and not thereafter. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Guynn & Dillon, P.C. - salary prior to taking the oath of office on February 16, 2015. | $16,539.95 |
| 2. 2015 | Blueacre, L.L.C. | $5,349.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | One Beacon Insurance Group - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. Merrill Lynch Bank Deposit Program | A | Int./Div. | J | T | | | | | |
| 3. AMEX Technology Select SPDR - XLK | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 4. Clearbridge Energy MLP F - CEM | | None | J | T | Buy | 12/03/15 | J | | |
| 5. Eaton Vance National Municipal Opportunities Trust - EOT | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 6. Franklin High Yield Tax Free Inc Fund Adv CL - FHYVX | A | Dividend | J | T | | | | | |
| 7. Henderson Global Equity Income FD Class I - HFQIX | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 8. Kayne Anderson MLP - KYN | A | Dividend | | | Sold (part) | 04/21/15 | J | A | |
| 9. | | | | | Sold | 12/03/15 | J | A | |
| 10. Loomis Sayles Strategic Income Fund CL Y - NEZYX | A | Dividend | | | Sold | 04/21/15 | J | A | |
| 11. Mainstay Large CAP Growth Fund CL 1 - MLAIX | | None | | | Sold | 04/21/15 | K | C | |
| 12. Market Vectors Intermediate Municipal Index ETF - ITM | A | Dividend | J | T | Buy (add'l) | 04/21/15 | J | | |
| 13. Oppenheimer Developing Markets FD CL Y | | None | J | T | | | | | |
| 14. Oppenheimer International Growth Fund CL Y - OIGYX | | None | J | T | Sold (part) | 04/21/15 | J | B | |
| 15. Powershares Buyback Achvrs - PKW | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 16. Powershares S&P 500 High Dividend Portfolio - SPHD | A | Dividend | | | Buy | 04/21/15 | J | | |
| 17. | | | | | Sold | 07/23/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Sector SPDR Energy - XLE | | None | J | T | Buy | 12/03/15 | J | | |
| 19. SPDR KBW Regional Banking ETF - KRE | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 20. Spider Nuveen Barclays ST Municipal Bond ETF - SHM | A | Dividend | J | T | | | | | |
| 21. SPDR S P Dividend ETF - SDY | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 22. T Rowe Price Virginia Tax Free Bond Fund CL None - PRVAX | A | Dividend | K | T | Buy (add'l) | 04/21/15 | J | | |
| 23. Vanguard Value ETF - VTV | A | Dividend | | | Sold | 04/21/15 | K | C | |
| 24. Vanguard Growth ETF - VUG | A | Dividend | J | T | Sold (part) | 04/21/15 | J | A | |
| 25. Vanguard Dividend Appreciation ETF - VIG | A | Dividend | K | T | Sold (part) | 04/21/15 | J | B | |
| 26. Wisdom Tree TR Midcap Div FD - DON | A | Dividend | J | T | | | | | |
| 27. Brokerage Account #2 | | | | | | | | | |
| 28. AMEX Technology Select SPDR - XLK | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 29. Clearbridge Energy MLPF - CEM | | None | J | T | Buy | 12/14/15 | J | | |
| 30. Eaton Vance Floating - EIBLX | A | Dividend | J | T | | | | | |
| 31. Henderson Global Equity Income FD Class I - HFQIX | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 32. Kayne Anderson MLP - KYN | A | Dividend | | | Sold | 04/20/15 | J | A | |
| 33. Kinder Morgan Inc Del - KMI | A | Dividend | | | Buy | 04/20/15 | J | | |
| 34. | | | | | Sold | 12/14/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Loomis Sayles Bond FD INSTL CL - LSBDX | A | Dividend | | | Sold | 04/20/15 | J | A | |
| 36. Metropolitan West Total Return Bond FD CL I - MWTIX | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 37. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 38. Oppenheimer Developing - ODVYX | A | Dividend | J | T | | | | | |
| 39. Oppenheimer International - OIGYX | A | Dividend | J | T | Sold (part) | 04/20/15 | J | A | |
| 40. PIMCO Income Fund CLP - PONPX | A | Dividend | J | T | Buy (add'l) | 11/23/15 | J | | |
| 41. Powershares Buyback Achvrs - PKW | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 42. Powershares S&P 500 High Dividend Portfolio - SPHD | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 43. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 44. Sector SPDR Energy - XLE | A | Dividend | J | T | Buy | 12/14/15 | J | | |
| 45. SPDR KBW Regional Banking ETF - KRE | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 46. SPDR S P Divid ETF - SDY | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 47. TCW Total Return Bond FD CL 1 - TGLMX | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 48. Prudential Short Term - PIFZX | A | Dividend | | | Sold | 04/20/15 | J | A | |
| 49. Vanguard Value ETF - VTV | A | Dividend | | | Sold | 04/20/15 | K | C | |
| 50. Vanguard Growth ETF - VUG | A | Dividend | J | T | Sold (part) | 04/20/15 | J | B | |
| 51. Vanguard Dividend Appreciation ETF - VIG | A | Dividend | K | T | Sold (part) | 04/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Intermediate Term Bond ETF - BIV | A | Dividend | | | Buy (add'l) | 04/20/15 | J | | |
| 53. | | | | | Sold | 11/23/15 | J | A | |
| 54. Vanguard Short Term Bond - BSV | A | Dividend | | | Sold (part) | 04/20/15 | J | A | |
| 55. | | | | | Sold | 11/23/15 | J | | |
| 56. Vanguard Short-Term Corporate Bond - VCSH | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 57. Wisdom Tree TR Midcap Div FD - DON | A | Dividend | J | T | | | | | |
| 58. Bank of America NA RASP | A | Interest | J | T | | | | | |
| 59. Brokerage Account #3 | | | | | | | | | |
| 60. Bank of America NA RASP | A | Interest | K | T | | | | | |
| 61. ClearBridge Energy MLPF - CEM | | None | J | T | Buy | 12/04/15 | J | | |
| 62. Eaton Vance Floating Rate Fund CL I - EIBLX | A | Dividend | J | T | Buy (add'l) | 04/24/15 | J | | |
| 63. Henderson Global Equity Income FD Class I - HFQIX | A | Dividend | J | T | Buy | 04/24/15 | J | | |
| 64. Kayne Anderson MLP - KYN | A | Dividend | J | T | Sold (part) | 04/24/15 | J | A | |
| 65. | | | | | Sold (part) | 12/14/15 | J | A | |
| 66. Kinder Morgan Inc Del - KMI | A | Dividend | | | Buy | 04/24/15 | J | | |
| 67. | | | | | Sold | 12/14/15 | J | A | |
| 68. Loomis Sayles Bond FD INSTL CL - LSBDX | A | Dividend | | | Sold | 04/24/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Metropolitan West Total Return Bond FD CL I - MWTIX | A | Dividend | K | T | Buy | 04/24/15 | J | | |
| 70. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 71. Oppenheimer Developing Markets FL CL Y - ODVYX | | None | J | T | | | | | |
| 72. Oppenheimer International Growth Fund CL I - OIGYX | | None | J | T | Sold (part) | 04/24/15 | J | A | |
| 73. PIMCO Income Fund CL P - PONPX | B | Dividend | K | T | Buy (add'l) | 11/23/15 | J | | |
| 74. Powershares Buyback Achvrs - PKW | A | Dividend | J | T | Buy | 04/24/15 | J | | |
| 75. Powershares S&P 500 High Dividend Portfolio - SPHD | A | Dividend | K | T | Buy | 04/24/15 | K | | |
| 76. | | | | | Sold (part) | 07/23/15 | J | A | |
| 77. Prudential Short Term Corporate Bond Fund Inc - PIFZX | A | Dividend | | | Sold | 04/24/15 | K | A | |
| 78. Sector SPDR Energy - XLE | A | Dividend | J | T | Buy | 12/14/15 | K | | |
| 79. SPDR KBW Regional Banking ETF - KRE | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 80. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 81. SPDR S P Divid ETF - SDY | A | Dividend | K | T | Buy | 04/24/15 | K | | |
| 82. TCW Total Return Bond FD CL 1 - TGLMX | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 83. Vanguard Dividend Appreciation ETF - VIG | A | Dividend | K | T | Sold (part) | 04/24/15 | J | | |
| 84. Vanguard Growth ETF - VUG | A | Dividend | K | T | Sold (part) | 04/24/15 | K | C | |
| 85. Vanguard Intermediate Term Bond ETF - BIV | B | Dividend | K | T | Sold (part) | 11/23/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Short Term Bond - BSV | A | Dividend | K | T | Sold (part) | 11/19/15 | J | A | |
| 87. Vanguard Short Term Corporate Bond - VCSH | A | Dividend | K | T | Buy | 04/24/15 | K | | |
| 88. Vanguard Value ETF - VTV | A | Dividend | | | Sold | 04/24/15 | K | D | |
| 89. Wisdom Tree TR Midcap Div FD - DON | A | Dividend | J | T | Sold (part) | 04/24/15 | J | A | |
| 90. Wells Fargo cash accounts | A | Interest | K | T | | | | | |
| 91. IRA Account #1 | | | | | | | | | |
| 92. OneBeacon Company Stock Fund | A | Dividend | K | T | Buy (add'l) | 03/02/15 | J | | |
| 93. Vanguard Target Retirement 2025 | | None | M | T | Buy (add'l) | 04/02/15 | J | | |
| 94. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 95. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 96. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 97. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 98. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 99. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 100. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 101. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 102. | | | | | Buy (add'l) | 08/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 104. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 105. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 106. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 107. IRA Account #2 | | | | | | | | | |
| 108. The Growth Fund of America | E | Dividend | N | T | Buy | 01/30/15 | J | | |
| 109. | | | | | Buy | 03/16/15 | J | | |
| 110. John Hancock Universal Life | | None | L | T | | | | | |
| 111. US Savings Bonds Series EE | | None | J | T | | | | | |
| 112. US Savings Bonds Series E | | None | J | T | | | | | |
| 113. Blueacre, L.L.C. | | None | | | Sold | 02/13/15 | J | | Jim H. Guynn, Jr. |
| 114. Guynn & Dillon, P.C. (1/3 ownership interest) | | None | | | Sold | 02/01/15 | J | | Guynn & Dillon, P.C. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth K. Dillon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544